**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6687

_____

RODERICK JEROME ENGLISH,

                    Plaintiff – Appellant,

DOCTOR PACOTE,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Joseph F. Anderson, Jr., District
Judge.  (1:13-cv-02856-JFA)

_____

Submitted:  July 24, 2014            Decided:  July 29, 2014

_____

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Roderick Jerome English, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Jerome English appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. English v. Pacote, No. 1:13-cv-02856-JFA (D.S.C. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED